| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2006 | FOR CALENDAR YEAR 2005 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkins, William W | U.S.C.A., Fourth Circuit | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| PO Box 10857<br>Greenville, SC 29603-0857 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Strom Thurmond Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE
2006 MAY 12 P 12: 04
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Charleston School of Law - teaching | $ 24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fannie Mae, Bonds | A | Interest | J | T | | | | | |
| 2. Templeton Growth Fund, Stock | C | Dividend | L | T | | | | | |
| 3. Regions Bank (transferred from UBS), Money Market | B | Interest | L | T | transfer | 07-26 | L | | |
| 4. First Horizon, Stock | B | Dividend | L | T | | | | | |
| 5. Granite Village,Granite Falls, SC, Ltd Partnership | | None | J | U | | | | | ˙ |
| 6. South Financial Corp., Stock | D | Dividend | N | T | | | | | |
| 7. Palmetto Bank, account | D | Interest | N | T | | | | | |
| 8. Van Kampen Merritt Municipal Trust Fund, Bonds | A | Dividend | J | T | | | | | |
| 9. Seligman South Carolina Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 10. Eaton Vance Municipals, Bonds | B | Dividend | K | T | | | | | |
| 11. Washington Mutual Investors Fund, Mutual Fund | B | Dividend | M | T | | | | | |
| 12. AIM Aggressive Growth Fund, Mutual Fund | | None | J | T | | | | | |
| 13. Wachovia Securities, IRA | A | Dividend | L | T | | | | | |
| 14. American Services, Inc., Stock | F | Dividend | L | T | | | | | |
| 15. John Hancock Financial Ind. Fund | A | Dividend | J | T | | | | | |
| 16. Wells Fargo & Co., Stock | C | Dividend | L | T | | | | | |
| 17. Synovus Financial Corp., Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions Financial Corp., Stock | A | Dividend | K | T | | | | | |
| 19. Boeing Co., Stock | B | Dividend | L | T | | | | | |
| 20. Abbott Laboratories, Stock | A | Dividend | K | T | | | | | |
| 21. New Commerce Bancorp, Stock | | None | | | sell | 04-05 | K | E | |
| 22. American Express, IRA | A | Dividend | M | T | | | | | |
| 23. UIT First Trust, Unit Investment Trust | | None | | | redemption | 01-20 | K | | |
| 24. JP Morgan Chase, Stock | B | Dividend | L | T | | | | | |
| 25. Fannie Mae, Stock | A | Dividend | | | sell | 03-17 | K | | |
| 26. Waste Management, Inc., Stock | B | Dividend | L | T | | | | | |
| 27. Grey Wolf, Inc., Stock #1 | | None | K | T | | | | | |
| 28. EMC Corp., Stock #1 | | None | J | T | | | | | |
| 29. Intel Corp., Stock | A | Dividend | J | T | | | | | |
| 30. Patterson-UTI, Stock | A | Dividend | J | T | | | | | |
| 31. Unocal Corp., Stock (merged into entry 117, Chevron) | A | Dividend | | | merger | 08-09 | J | | |
| 32. Western Carolina, Bonds | A | Interest | | | redemption | 03-01 | K | | |
| 33. Growth Fund, Mutual Fund | A | Dividend | L | T | | | | | |
| 34. GMAC, Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Walt Disney Co., Stock | A | Dividend | K | T | | | | | |
| 36. Wachovia Corp., Stock | C | Dividend | L | T | | | | | |
| 37. Greater Bay Bancorp, Stock | A | Dividend | J | T | | | | | |
| 38. Pacific Capital Bancorp, Stock | A | Dividend | K | T | | | | | |
| 39. Gillette Co., Stock (merged into entry 112, P&G) | A | Dividend | | | merger | 10-03 | K | | |
| 40. Omi Corp., Stock | A | Dividend | K | T | | | | | |
| 41. Home Depot, Stock | A | Dividend | J | T | | | | | |
| 42. Ford Motor, Stock #1 | A | Dividend | K | T | | | | | |
| 43. Goodrich Corp., Stock | B | Dividend | L | T | | | | | |
| 44. Carolina Group (fmrly Loews Corp.), Stock | B | Dividend | K | T | name change | 11-15 | K | | |
| 45. Texas Instruments, Stock #1 | A | Dividend | L | T | | | | | |
| 46. Tyco International, Stock #1 | A | Dividend | K | T | | | | | |
| 47. Circuit City, Stock | A | Dividend | | | sell | 02-15 | K | A | |
| 48. Liberty All Star Equity Fund | A | Dividend | J | T | | | | | |
| 49. Wachovia Securities (transferred from Evergreen), M/Mkt | A | Interest | K | T | transfer | 01-18 | K | | |
| 50. Allied Waste, Stock | | None | L | T | | | | | |
| 51. Charming Shoppes, Stock | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| (See Column C2) | Q =Appraisal | | V =Other | S =Assessment | |
| | U =Book Value | | | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hanover Compressor, Stock | | None | J | T | | | | | |
| 53. Koninklijke Philips, Stock | A | Dividend | K | T | | | | | |
| 54. Rite Aid, Stock #1 | | None | K | T | | | | | |
| 55. Tenet Healthcare, Stock | | None | J | T | | | | | |
| 56. Amgen, Inc., Stock | | None | | | sell | 07-08 | J | A | |
| 57. Ford Motor, Stock #2 | A | Dividend | J | T | | | | | |
| 58. Texas Instruments, Stock #2 | A | Dividend | K | T | | | | | |
| 59. Tyco International , Stock #2 | A | Dividend | | | sell | 06-27 | K | D | |
| 60. XM Satellite, Stock | | None | J | T | | | | | |
| 61. Herlong Financial, Stock | | None | | | sell | 12-12 | J | | |
| 62. Vivian Wong, LLC | E | Distribution | J | T | | | | | |
| 63. Charleston County, Bonds | B | Interest | | | redemption | 08-15 | L | | |
| 64. Fairforest of Greenville, LLC | | None | J | T | | | | | |
| 65. Bell Road, LLC | D | Distribution | | | liquidated | 12-12 | J | | |
| 66. Agco Corp., Stock #1 | | None | K | T | | | | | |
| 67. EMC Corp., Stock #2 | | None | L | T | | | | | |
| 68. Juniper Networks, Stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lone Star Technologies, Stock | | None | L | T | | | | | |
| 70. Massey Energy Corp., Stock | A | Dividend | K | T | | | | | |
| 71. Nicholas-Applegate Fund, Stock | C | Dividend | K | T | | | | | |
| 72. Nortel Networks Corp., Stock | | None | L | T | | | | | |
| 73. Pfizer, Inc., Stock | A | Dividend | K | T | | | | | |
| 74. Providian Financial, Stock #1 (merged into entry 113, Wash#1 | | None | | | merger | 10-05 | K | | |
| 75. Regal Entertainment, Stock | B | Dividend | K | T | | | | | |
| 76. Jesup&Lamont (fmrly Legg Mason), Money Market | C | Interest | M | T | transfer | 11-15 | M | | |
| 77. Dreyfus Premier, Mutual Fund | D | Dividend | L | T | | | | | |
| 78. Providian Financial, Stock #2 (merged into entry 115, Wash#2 | | None | | | merger | 10-05 | J | | |
| 79. Agco Corp., Stock #2 | | None | J | T | | | | | |
| 80. Calvert Investments, Money Market | D | Interest | N | T | | | | | |
| 81. Federated Muni, Money Market | D | Dividend | N | T | | | | | |
| 82. Duke Energy, Bonds | A | Interest | J | T | | | | | |
| 83. Greenville County Airport, Bonds | D | Interest | L | T | | | | | |
| 84. Horry County, Bonds | B | Interest | K | T | | | | | |
| 85. Mt. Pleasant 3.0, Bonds | A | Interest | | | redemption | 02-01 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mt. Pleasant 3.875, Bonds | B | Interest | K | T | | | | | |
| 87. SC State Hwy, Bonds | B | Interest | L | T | | | | | |
| 88. Hartford Leaders, Annuity | | None | M | T | | | | | |
| 89. Real prop, Oconee County | | None | | | sell | 07-14 | M | | Roach Properties, LLC |
| 90. MetLife Whole Life Policy | A | Dividend | J | T | | | | | |
| 91. University of S.C., Bonds | B | Interest | | | redemption | 05-02 | L | | |
| 92. Banco Santander, CD | A | Interest | K | T | | | | | |
| 93. Rydex Juno, Mutual Fund | | None | J | T | | | | | |
| 94. Targeted Genetics, Stock | | None | J | T | | | | | |
| 95. World Acceptance, Stock | | None | K | T | | | | | |
| 96. Hospira, Inc., Stock | | None | J | T | | | | | |
| 97. Hydril, Stock | | None | K | T | | | | | |
| 98. Krispy Kreme, Stock | | None | J | T | | | | | |
| 99. American Investigative, Stock | | None | J | T | | | | | |
| 100. First Eagle Global Fund, Mutual Fund ▰ | B | Interest | K | T | buy | 02-22 | K | | |
| 101. Greenwood Utility, Bonds ▰ | A | Interest | K | T | buy | 10-18 | K | | |
| 102. Williston School District, Bonds ▰ | | None | K | T | buy | 08-10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Greenwood School District, Bonds | | None | L | T | buy | 08-15 | L | | |
| 104. SC Trans. Infrastructure, Bonds | A | Interest | K | T | buy | 03-02 | K | | |
| 105. Western Carolina Sewer, Bonds | A | Interest | K | T | buy | 03-02 | K | | |
| 106. Palmetto Bank, CD | D | Interest | N | T | buy | 06-15 | N | | |
| 107. Independence Bank, Money market | C | Interest | N | T | opened | 10-04 | N | | |
| 108. Independence Bank, CD | A | Interest | L | T | buy | 10-04 | L | | |
| 109. Bankgreenville, Stock | | None | J | T | buy | 12-14 | J | | |
| 110. Powershares Dynamic Oil, Stock | | None | K | T | buy | 12-08 | K | | |
| 111. Streettracks, Stock | | None | L | T | buy | 12-08 | L | | |
| 112. Procter & Gamble, Stock | A | Dividend | K | T | merger | 10-03 | K | | |
| 113. Washington Mutual, Stock #1 | A | Dividend | K | T | merger | 10-05 | K | | |
| 114. Independence Bancshares, Stock | | None | J | T | buy | 04-28 | J | | |
| 115. Washington Mutual, Stock #2 | A | Dividend | J | T | merger | 10-05 | J | | |
| 116. RF Micro Devices, Stock | | None | K | T | buy | 04-21 | L | | |
| 117. Chevron Corp., Stock | A | Dividend | J | T | merger | 08-09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS: I serve on a committee which reviews applications and awards scholarships from the Strom Thurmond Foundation to students attending colleges in S. C. I receive no compensation for this work, nor has ███████████████ ever benefited in any way from this Foundation.

VII(3): INTEREST income previously mislabeled DIVIDEND income.

VII(8): DIVIDEND income previously mislabeled INTEREST income.

VII(9): DIVIDEND income previously mislabeled INTEREST income.

VII(10): DIVIDEND income previously mislabeled INTEREST income.

VII(11): MUTUAL FUND previously mislabeled STOCK.

VII(13): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by Wachovia Securities without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(22): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by American Express without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

LAST YEAR'S REPORT - VII(30): Grey Wolf, Stock #2, was erroneously reported as a PARTIAL SALE. ALL stock in this entry was sold on 10/06/04, value code J, gain code B. As a result, this entry was omitted from this report.

VII(33): MUTUAL FUND previously mislabeled BONDS.

VII(76): INTEREST income previously mislabeled DIVIDEND income.

VII(80): INTEREST income previously mislabeled DIVIDEND income.

LAST YEAR'S REPORT - VII(85): Rite Aid, Stock #2, was omitted from this report because the value and income have declined below the reporting threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign: ▓▓▓▓▓▓▓▓▓▓

Date  May 11, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544